UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY FLETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELDON VAIL and MAGGIE MILLER-STOUT,<br><br>　　　　　Defendants. | NO.  CV-09-0091-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY SANCTIONS** |

　　　Magistrate Judge Imbrogno filed a Report and Recommendation on February 26, 2010, recommending Plaintiff's Motion for Sanctions be denied.  (Ct. Rec. 42.)  Objections to the Report and Recommendation were due on March 12, 2010.  There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Sanctions (**Ct. Rec. 29**) is **DENIED**.

　　　**IT IS SO ORDERED.**  The District Court Executive shall forward copies of this Order to Plaintiff and counsel for Defendants.

　　　**DATED** this ___26th___ day of April 2010.

　　　　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　United States District Judge

Q:\Civil\09.0091.deny.sanctions.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 1